NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GEORGETOWN RAIL EQUIPMENT COMPANY,**
*Plaintiff-Appellee*

**v.**

**HOLLAND L.P.,**
*Defendant-Appellant*

———————————

2016-2297

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 6:13-cv-00366-RWS, Judge Robert Schroeder, III.

———————————

**SUA SPONTE**

———————————

Before REYNA, SCHALL, and WALLACH, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of this court's show cause order of August 1, 2017, and the joint response submitted by the parties on August 15, 2017,

IT IS ORDERED THAT:

The opinion issued under seal on August 1, 2017 is hereby unsealed.

FOR THE COURT

 August 16, 2017                    /s/ Peter R. Marksteiner
         Date                       Peter R. Marksteiner
                                    Clerk of Court